**Fred J. Steurer, appellant, v. Elgin and Belvidere Electric Company, appellee. Gen. No. 7,071.**

Action for personal injuries and for damage to plaintiff's automobile in a collision with one of defendant's electric cars. Judgment for defendant. For former opinion, see 220 Ill. App. 546. Appeal from the Circuit Court of Boone county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

W. C. DeWolf, for appellant. James M. Huff, for appellee; John Faissler, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**Sinclair Refining Company, appellant, v. Joseph Pester, appellee. Gen. No. 7,075.**

Assumpsit to recover a balance due for merchandise sold and delivered. Judgment for defendant. Appeal from the Circuit Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

R. W. Churchill, for appellant. James G. Welch, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**Elias Feinstein, appellee, v. Samuel Schwartz, appellant. Gen. No. 7,079.**

Assumpsit upon an account for soft drinks sold to appellee. Judgment for appellee upon credits for returned bottles. Appeal from the Circuit Court of Lake county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

George W. Field and Cooke, Pope & Pope, for appellant. A. F. Beaubien, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**George W. Brown, appellant, v. Robert Conover, appellee. Gen. No. 7,082.**

Action for commissions upon the sale of real estate. Judgment for defendant. Appeal from the Circuit Court of Stark county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

James H. Rennick and John W. Fling, Jr., for appellant. F. B. Brian and T. W. Hoopes, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.